UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD K. SUTTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. BROOKS; et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　/ | No. C 14-232 SI (pr)<br><br>**ORDER OF TRANSFER** |

　　Plaintiff filed this civil rights action under 42 U.S.C. § 1983, complaining of events or omissions that occurred at the California State Prison - Los Angeles County. That facility is in Los Angeles County, and therefore is within the venue of the Central District of California. Some or all of the defendants apparently reside in the Central District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore would be proper in the Central District and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Central District of California. The clerk shall transfer this matter.

　　IT IS SO ORDERED.

Dated: January 21, 2014

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge